UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S & W FORECLOSURE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV353 CDP |
| ) | |
| DAVID OKENFUSS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on my review of the file. On September 30, 2009, at the request of plaintiff the Clerk of the Court issued an alias summons as to David Okenfuss, but no proof of service of the alias summons appears in the Court file. Plaintiff should file a memorandum advising the Court of the status of service upon David Okenfuss by no later than December 10, 2009. In support of its motion for default judgment against the Village of Carriage Crossing [#7] filed June 30, 2009, plaintiff should also file a proposed Order of Default Judgment for the Court's consideration.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file a memorandum and proposed Order as set forth above by no later than **December 10, 2009.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of December, 2009.