UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S & W FORECLOSURE CORP., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09CV353 CDP |
| DAVID OKENFUSS, et al., | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant Department of the Treasury, Internal Revenue Service is entitled to the interpleader funds and that this action is dismissed with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2010.